## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

June 28, 2021

**BY ECF**

The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Pimental et al.*, No. 21 Mag. 6197

Dear Judge Freeman:

    I represent Jose De La Cruz in this matter and write to seek an extension of the deadline for Mr. De La Cruz to meet the remaining conditions of release. On June 18, Mr. De La Cruz appeared before the Honorable Ona T. Wang upon the filing of a complaint and was released on his own signature with the remaining conditions to be met by June 25. The cosigner condition is the last remaining condition to be met. Although the defense has identified cosigners, we need additional time to schedule interviews with the U.S. Attorney's Office that do not interfere with the cosigners' work schedules. Accordingly, Mr. De La Cruz respectfully requests an extension of one week to meet the remaining conditions of release. I have conferred with Pretrial Services and with counsel for the government. Neither have any objection.

                                                  Respectfully submitted,

                                                  Ezra Spilke

cc:   All counsel of record by ECF

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge
Dated:  6/28/2021